**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LUZ TORRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-769-GKF-TLW |
| | ) |
| SAINT FRANCIS SOUTH, LLC, an Oklahoma limited liability company, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT OF REMAND

This court granted St. Francis's motion to dismiss the federal claims before this court. [Dkt. #21]. Judgment is entered to remand the case to the state District Court in and for Tulsa County, Oklahoma.

ENTERED this 7th day of October, 2014.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT